### BIBBINS *vs.* NOXON.

In an action of debt, on recognizance of bail, a variance of *six cents* in the amount of the judgment against the principal, between the declaration and the record produced, is fatal on a plea of *nul tiel record.*

TRIAL by record. The declaration was in debt on recognizance of bail, setting forth a judgment against the principal for $98,90. The defendant pleaded *nul tiel record* as to the judgment. The record produced was for $98,96. The defendant insisted upon the variance.

*E. W. Leavenworth,* for defendant.

*Baldwin & Strong,* for plaintiff.

*By the Court,* SUTHERLAND, J. The variance is fatal, the defendant having put the judgment in issue by his plea of *nul tiel record.* Had the judgment been mere matter of inducement, the variance might have been disregarded ; but in this case it cannot be overlooked. It cannot be cured by a remititur ; for that must be before judgment. (Strange, 1170. 4 T. R. 560.) The defendant is entitled to judgment.